**Entered on Docket
August 07, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq., Bar no. 04417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Deutsche Bank National Trust Company as Trustee under the Pooling and Servicing Agreement dated as of September 1, 2006, GSAMP Trust 2006-FM2
09-72591

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-07-10759-lbr |
| Jean Feeney | Date: 6/30/09<br>Time: 3:00 pm |
| | Chapter 13 |
| Debtor. | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Deutsche Bank National Trust Company as Trustee under the Pooling and Servicing

Agreement dated as of September 1, 2006, GSAMP Trust 2006-FM2, its assignees and/or successors in interest, of the subject property, generally described as 5392 Evaline Street, Las Vegas, NV 89120.

  IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

  IT IS FURTHER ORDERED, ADJUDGED and DECREED that Secured Creditor can initiate a new foreclosure beginning August 1, 2009.

  IT IS FURTHER ORDERED, ADJUDED and DECREED that Debtor may contact Secured Creditor's representative, Kimberly Arnold at (678) 405-3040 to request a loan modification.

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter.

  DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**
  /s/ Gregory L. Wilde
By_____
  **GREGORY L. WILDE, ESQ.**
  Attorney for Secured Creditor
  208 South Jones Boulevard
  Las Vegas, Nevada 89107

APPROVED / DISAPPROVED
No reply – certified mail received on 7/27/09.
_____
Jean T. Feeney
In Propria Persona


APPROVED / DISAPPROVED

_____
Kathleen A Leavitt
201 Las Vegas Blvd., So. #200
Las Vegas, NV  89101
Chapter 13 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

____    The court waived the requirements of LR 9021.

____    No parties appeared or filed written objections, and there is no trustee appointed in the case

_x___   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

**(List Parties)**

Debtor's counsel:

_____    approved the form of this order            _____ disapproved the form of this order

_____    waived the right to review the order and/or    __x___ failed to respond to the document

_____    appeared at the hearing, waived the right to review the order

_____    Opposition filed and withdrawn by Debtor's counsel

Trustee:

____     approved the form of this order            _____ disapproved the form of this order

_____    waived the right to review the order and/or    _x____ failed to respond to the document

Other Party:_____

____     approved the form of this order            _____ disapproved the form of this order

_____    waived the right to review the order and/or    _____ failed to respond to the document

Submitted by:
 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor