**Entered on Docket**
**February 04, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \* \*

| | |
|---|---|
| In Re:  JEAN FEENEY         ) | BK-S-07-10759-LBR |
| ) | Chapter 13 |
| ) | Hearing: February 17, 2010 |
| Debtor.         ) | Time:    9:30 a.m. |
| ) | |

### ORDER REINSTATING THE STAY AND SETTING HEARING

Upon this Court's own motion, IT IS HEREBY ORDERED THAT:

The stay is reinstated on the primary residence of debtor, 5392 Evaline St., Las Vegas, NV 89120, and the foreclosure proceedings are immediately enjoined per the court hearing on February 4, 2010. A hearing will be held on February 17, 2010 at 9:30 a.m. before the Honorable Linda B. Riegle, Courtroom 1, Third Floor, 300 Las Vegas Blvd. S., Las Vegas, NV 89101 to determine whether the creditor has complied with the provisions of Chapter 107 of the Nevada Revised Statutes.

Copies noticed through ECF to:
GREGORY L. WILDE
KATHLEEN LEAVITT

Copies notice through mail to:
JEAN FEENEY
5392 Evaline St.
Las Vegas, NV 89120

LITTON LOAN SERVICING, L.P.
C/O McCalla Raymer, LLC
Bankruptcy Dept.
1544 Old Alabama Rd.

```
 1  Roswell, GA 30076

 2  LITTON LOAN SERVICING
    Attn: Officer or Agent
 3  4828 Loop Central Dr.
    Houston, TX 77081
 4
    QUALITY LOAN SERVICE CORP.
 5  2141 Fifth Ave.
    San Diego, CA 92101
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```