Jean T. Feeney,
In Pro Per Attorney
5392 Evaline Street
Las Vegas, NV  89120
(702) 884-3935
e-mail: jeaniefeeney@yahoo.com

RECEIVED
AND FILED

APR 12   9 23 AM '10

U.S. [illegible]
MARY[illegible]

## United States Bankruptcy Court District of Nevada

### (Southern Division of Nevada)

Self-Represented Litigant

| | |
|---|---|
| IN RE:<br><br>JEAN FEENEY,<br><br>    DEBTOR. | Case No.: 07-10759-LBR<br>Chapter 13<br><br>MOTION for Compelling Creditor to seek Modification under President Obama's guidelines of March 2010 and Reinstatement of Stay until such Compliance.<br><br>Status Hearing: April 12, 2010<br>Time: 9:30 a.m. |

Comes now, The DEBTOR, seeking this Court to intervene and aid in the obtaining of a Loan Modification Agreement that is within current Guidelines and Programs currently sponsored by the President, in response to the National Foreclosure Crisis. As discovered through the Nevada State Mediation Program, the Lender (Investor) is unwilling to go beyond the 27 years remaining on the Mortgage Contract.

Therefore, the Debtor asks this Court to intervene and compel the Creditor through the Power of Stay of Foreclosure to have the Creditor seek other alternatives. Namely, under the Program Guidelines of the President grant the Homeowner a Forbearance (not a forgiveness of debt) on the amounts above the original note (370,000 dollars) and a temporary 2 per cent loan for the term recommended by the Program. This would reduce the monthly payment to an amount that would meet the meet the 31 percent parameters of gross income required by the Program. Further, the Debtor asks the Court to Compel the Creditor through the power of

[Summary of pleading] - 1

Reinstatement of Stay to seek to "off load" through an arranged price this "paper note" to a Federal Agency, either Freddie, Fannie or the US Treasury. It is currently reported that such possibilities are available to Investors and the Debtor would ask the Court to Compel the Creditor to seek such an alternative.

The Debtor asks the Court to compel the INVESTOR to ascend to the role of LENDER that they agreed to when they entered this LONG TERM mortgage contract. The broad economy has failed and they need to accept the role as long term Lender the contract dictates and not function as distressed property buyers taking advantage of a credit crunch and short squeeze in trying to secure a failing US dollar through the middle-class real estate market.

Signed
*[signature]*