Entered on Docket
April 21, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Deutsohe Bank National Trust Company as Trustee under the Pooling and Servicing Agreement dated as
of September 1, 2006, GSAMP Trust 2006-FM2
09-72591

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-07-10759-lbr |
| Jean Feeney | Date: 4/12/10<br>Time: 10:30am |
| | Chapter 13 |
| Debtor. | |

AMENDED

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor Deutsche Bank National Trust Company as Trustee under the Pooling and Servicing Agreement dated as of September 1, 2006, GSAMP Trust 2006-FM2, its assignees and/or successors in interest, of the subject property, generally described as 5392 Evaline Street, Las Vegas, NV 89120, and legally described as follows:

      LOT 14 IN BOOK 3 SUBDIVISION OF PARADISE VISTA ESTATES, AS SHOWN BY PLAT THEREOF OF FILE IN BOOK 7, PAGE 77, IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA.

      IT IS FURTHER ORDERED, ADJUDGED and DECREED that Secured Creditor shall not reccommence foreclosure until after June 30, 2010 pursuant to mediation agreement with Debtor.

      *IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.*

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of

///
///
///
///
///
///
///
///
///
///
///
///
///

1  the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its secured

2  Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

3        DATED this ____ day of ____ _____, 2010.

4  Submitted by:
5  **WILDE & ASSOCIATES**

6  By_____
7        **GREGORY L. WILDE, ESQ.**
          Attorney for Secured Creditor
8        208 South Jones Boulevard
          Las Vegas, Nevada 89107
9

10  APPROVED / DISAPPROVED

11  _____

   pro se
12  Attorney for Debtor(s)

13

14  APPROVED / DISAPPROVED

15  _____

16  Kathleen A Leavitt
   201 Las Vegas Blvd., So. #200
   Las Vegas, NV  89101
17  Chapter 13 Trustee

18

19

20

21

22

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.

\_\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_\_x\_\_ failed to respond to the document

\_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_x\_\_\_ failed to respond to the document


\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor