Jean T. Feeney,
In Pro Per Attorney
5392 Evaline Street
Las Vegas, NV 89120
(702) 884-3935
e-mail: jeaniefeeney@yahoo.com

RECEIVED AND FILED

JUL 7  10 28 AM '10

U.S. BANK...
MA...

## United States Bankruptcy Court District of Nevada

### (Southern Division of Nevada)

Self-Represented Litigant

IN RE: ) Case No.: 07-10759-LBR
) Chapter 13
JEAN FEENEY, )
)  EMERGENCY MOTION for
DEBTOR. ) CONTINUANCE **OR** REINSTATEMENT
) OF STAY PENDING REVIEW OF CASE BY
) newly legislated "CONSUMER
) PROTECTION AGENCY" under the
) FEDERAL RESERVE.
)

Comes now, The DEBTOR, seeking this Court to **IMPOSE STAY of FORECLOSURE SALE** on the Property at 5392 Evaline Street, Las Vegas, NEVADA **pending RESPONSE** to NATIONAL FORECLOSURE CRISIS **of the "Consumer Protection Agency" now housed under the FEDERAL RESERVE and SEC determinations of Market Manipulation by this INVESTOR and through its "pooling agreements."**

The DEBTOR seeks this RELIEF from the COURT for the following legal reasons:

1. The Case History demonstrates that the Investor who holds the NOTE on the Property and is seeking to FORECLOSE has acted as a PREDATORY LENDER in its unwillingness to RENEGOTIATE new terms and lower payments for the DEBTOR not—BEFORE—DURING or AFTER—the NEVADA STATE MEDIATION PROGRAM. The Investor has operated as a predatory Investment Banker BUYER of distressed property in a CREDIT CRUNCH and not as its CONTRACTUAL FIDUCIARY ROLE of LENDER as stated in the MORTGAGE CONTRACT.

[Summary of pleading] - 1

2. FURTHER, the DEBTOR CONTENDS, this INVESTOR, **_"The POOLING AGREEMENT OF JULY 2006 between Deutsche Bank and Goldman Sachs"_** has manipulated the CREDIT MARKET and HOUSING PRICES through a SHORT-CORNERING-DEVICE known as "Naked Shorting of CREDIT DEFAULT SWAPS and their DERIVATIVE PRODUCTS." Naked Shorting—*when an entity sells an ASSET they do not OWN or has not BORROWED the REGISISTERED SHARES on*—is ILLEGAL in the UNITED STATES. The DEBTOR CONTENDS that this is being done in an UNREGISTERED and UNREGULATED MARKET of CREDIT DEFAULT SWAPS with the aid of Foreign Powers.

3. The DEBTOR CONTENDS, as Reported in the WALL STREET JOURNAL recently, that the CAPITALIZATION of the CREDIT DEFAULT SWAP MARKET has gone from 5 TRILLION in size in mid 2008 to 25 TRILLION in the first half of 2010—with 19 TRILLION parked or processed through the "BELGIAN WINDOW"—where the UNITED STATES pays its TRADE IMBALANCES through a middle-man and effective ANNONIMITY.

4. The DEBTOR contends and agrees with Warren Buffet that these derivative instruments are functioning as "Weapons of Mass Destruction" and the Debtor would add—to the ultimate end of creating a "shadow" Central Bank—and undermining the effectiveness of the United States Federal Reserve System.

5. Further, the DEBTOR CONTENDS, that the use of "pooling devices" has been used by INVESTORS such as the holder of the NOTE, to circumvent the protections instituted against MANIPULATIVE SHORTING in the 1934 Glass Steagall Act. The use of these devices—along with the RULE CHANGE garnered out of Washington confusion and short-sightedness in 2007—(since reversed)—regarding the "MARK to MARKET RULES" of Collateralized Mortgage Portfolios gave way to the current MARKET CRISIS in HOUSING PRICES and the

complete stoppage and drying up of CREDIT to the CONSUMER and DEBTORS such as this one seeking to renegotiate a more manageable DEBT OBLIGATION on a PRIMARY—HOMESTEAD—Residence.

Therefore, the DEBTOR PREYS this COURT to CONTINUE or REINSTATE STAY pending response from the CONSUMER PROTECTION AGENCY under the FEDERAL RESERVE and input from the SEC regarding the MALFEASANCE of this INVESTOR—**GOLDMAN SACHS**, currently under SEC Investigation.

THIS DEBTOR sought Bankruptcy Protection in an effort to save a HOME this COURT assessed as having 125,000 in EQUITY in the summer of 2007. Who knew the wild ride the market would be on since then and now the INVESTOR estimates the value at less than 200,000 or 25 to 50 per cent of the NOTE?!

The DEBTOR contends that **there is NO TRUTH in the PRICING of a CORNERED MARKET** and that she still seeks to just get a reasonable payment for the HOME.

The LONG VIEW is to focus on CASH FLOW and REPLACEMENT COST to the DEBTOR.

The DISTRESSED INVESTMENT BANKER PROPERTY VIEW seeks only to flip assets and mark down portfolios to receive indemnification money and short-side-bet payoffs.

The National View the DEBTOR contends should be to stop increasing EXISTING HOME INVENTORIES beyond its current EIGHT YEARS of INVENTORY at current sales rate level. FURTHER, the Distributive Wealth creation mechanism of the broad based home ownership should be upheld as well as this COUNTRY'S Financial Institutions and CAPITAL MARKETS.

THEREFORE the Debtor **PREYS THIS COURT:** that the **COURT CONTINUE STAY OF FORECLOSURE SALE** on the property of 5392 Evaline Street, Las Vegas, Nevada until such time that the **NEWLY FORMED CONSUMER PROTECTION AGENCY IN THE FEDERAL RESERVE** can advise this Court in conjunction with the **SECURITIES EXCHANGE COMMISSION.**

Thank you for you Consideration:

*[signature]*

Jean T. Feeney