Jean T. Feeney,
In Pro Per Attorney
5392 Evaline Street
Las Vegas, NV 89120
(702) 884-3935
e-mail: jeaniefeeney@yahoo.com

RECEIVED & FILED

'10 AUG 12 P1 :56

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# United States Bankruptcy Court District of Nevada

(southern division of Nevada)

Self-Represented Litigant

IN RE: ) Case No.: 07-10759-LBR
) Chapter 13
JEAN FEENEY, )
) NOTICE OF HEARING
DEBTOR. ) ~~August 12, 2010 at 2:30 pm~~ SEPT. 15, 2010
) @ 9:30 am
) Miscellaneous Motion filed July 7, 2010
) For Reinstatement of Foreclosure Stay pending
) CPA and SEC Review.
)

TO all Parties concerned, COMES NOW, the DEBTOR, seeking Hearing on the above referenced Motion filed July 7, 2010 and attached herewith. With the passage this week of Financial Reform Legislation, and the SEC Fine agreed to by Goldman Sachs for "double dealing," **the DEBTOR motions this COURT to INITIATE the REVIEW PROCESS** under the 2300 page Legislation, and **Remedies** available under the newly formed CONSUMER PROTECTION AGENCY, with respect to this Case File, and more generally the **United States Bankruptcy Court System.**

Signed,
[signature: Jean Feeney]

[Summary of pleading] - 1